UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SPECIALIZED LOAN SERVICING, LLC, | ) |
| Appellant, | ) |
| v. | ) **JUDGMENT** |
| JOHN JOSEPH DEVITA, DEBORAH ANN DEVITA, and JOHN F. LOGAN, | ) No. 5:18-CV-283-D |
| Appellees. | ) |

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court AFFIRMS the bankruptcy court's order denying SLS's motion for reconsideration and DISMISSES the appeal [D.E. 1].

**This Judgment Filed and Entered on March 14, 2019, and Copies To:**

William Walt Pettit                    (via CM/ECF electronic notification)

Travis Philip Sasser                   (via CM/ECF electronic notification)

DATE                                   **PETER A. MOORE, JR., CLERK**

March 14, 2019                         By:    /s/ Nicole Sellers
                                       Deputy Clerk